SEEGER WEISS LLP
JONATHAN SHUB (SBN 237708)
Email: jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300 Tel.
(215) 851-8029 Fax

[Additional Counsel listed on Signature Page]
*Attorneys for Plaintiff Matt A. Gomric*

FILED
2008 FEB 28 P 3:12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT A. GOMRIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE DIRECTV GROUP, INC., DIRECTV, INC., DIRECTV MERCHANDISING, INC., DIRECTV ENTERPRISES, LLC, DIRECTV HOLDINGS, LLC, and DIRECTV OPERATIONS, LLC<br><br>Defendants. | Case No.: C08 01197 PVT<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**BY FAX** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16 the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

In addition to the named parties: Members of the proposed class or classes of DIRECTV INC.'s customers who purchased a DirecTV Receiver, whose identities are as yet unknown.

DATED: February 28, 2008                    **SEEGER WEISS LLP**


By: _____
JONATHAN SHUB (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
(215) 564-2300

Paul M. Weiss
William M. Sweetnam
**FREED & WEISS LLC**
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

Kevin T. Hoerner
Thomas R. Ysursa
Brian T. Kreisler
**BECKER, PAULSON, HOERNER & THOMPSON, P.C.**
5111 West Main Street

Belleville, Illinois 62226
(618)235-0020

Richard J. Burke
**RICHARD J. BURKE LLC**
1010 Market Street, Suite 650
St. Louis, Missouri 63101
(314) 880-7000

*Attorneys for Plaintiff Matt A. Gomric*

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

- 3 -