# **PROOF OF SERVICE**

STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My name is Andro Torres and my business address is Seeger Weiss LLP 1515 Market Street, Suite 1380, Philadelphia, Pennsylvania 19102.

3. I served copies of the following documents (specify the exact title of each document served): NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

Mark J. Tamblyn
Wexler Toriseva Wallace LLP
mjt@wtwlaw.com
16010 Arden Way, Suite 290
Sacramento, California 95815
916 568 1100 Tel

SETH A. SAFIER
seth@gutridesafier.com
GUTRIDE SAFIER REESE LLP
835 Douglass Street
San Francisco, California 94114
415 271 6469 Tel

Robert S. Green
Green Welling LLP
rsg@classcounsel.com
595 Market Street, Suite 2750
San Francisco, California 94105
415 477 6700 Tel

MICHAEL R. REESE
michael@gutridesafier.com
GUTRIDE SAFIER REESE LLP
230 Park Avenue, 10th Floor
New York, New York 10169
212 579 4625 Tel

Kenneth A Wexler
Wexler Toriseva Wallace LLP
kaw@wtwlaw.com
55 West Monroe Street, Suite 3300
Chicago, IL 60603
312 346 2222 Tel

Michael A Geibelson
mageibelson@rkmc.com
Robins Kaplan Miller & Ciresi
2049 Century Park E, Suite 3400
Los Angeles, CA 90067-3208
310 552 0130 Tel

Stuart C. Talley
Kershaw, Cutter, & Ratinoff LLP
landerson@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
916 448 9800 Tel

Robyn Eileen Bladow
rbladow@kirkland.com
David I Horowitz
dhorowitz@kirkland.com
Melissa D Ingalls
mingalls@kirkland.com
Kirkland & Ellis LLP
777 S Figueroa St, Ste 3700
Los Angeles, CA 90017
213 680 8400 Tel

ADAM J. GUTRIDE
adam@gutridesafier.com

5. [X] BY ELECTRONIC TRANSMISSION: On the date set forth below I transmitted the document(s) listed above to the above email address(es) before 5:00 p.m.

6. [ ] BY First Class Mail: On the date set forth below, I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Philadelphia County, Pennsylvania. The envelopes were deposited with postage thereon fully prepaid.

7. [X] BY FED-EX OVERNIGHT DELIVERY: On the date set forth below, I deposited such envelope(s) at an established FED-EX shipping location, with overnight shipping costs fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Philadelphia County, Pennsylvania, on March 11, 2008.

_____

Andro Torres

PROOF OF SERVICE