**SEEGER WEISS LLP**
JONATHAN SHUB (SBN 237708)
Email: jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300 Tel.
(215) 851-8029 Fax

[Additional Counsel listed on Signature Page]
*Attorneys for Plaintiff Matt A. Gomric*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT A. GOMRIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE DIRECTV GROUP, INC., DIRECTV, INC., DIRECTV MERCHANDISING, INC., DIRECTV ENTERPRISES, LLC, DIRECTV HOLDINGS, LLC, and DIRECTV OPERATIONS, LLC<br><br>Defendants. | Case No.: 5:08-cv-01197<br><br>**NOTICE OF DISMISSAL** |

NOTICE OF DISMISSAL

TO: **The Clerk of the Court, the Court, and all parties and counsel of record.**

PLEASE TAKE NOTICE that, the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

DATED: April 1, 2008

**SEEGER WEISS LLP**

By: ___/s/___
JONATHAN SHUB (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
(215) 564-2300

Paul M. Weiss
William M. Sweetnam
**FREED & WEISS LLC**
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

Kevin T. Hoerner
Thomas R. Ysursa
Brian T. Kreisler
**BECKER, PAULSON, HOERNER & THOMPSON, P.C.**
5111 West Main Street
Belleville, Illinois 62226
(618)235-0020

Richard J. Burke
**RICHARD J. BURKE LLC**
1010 Market Street, Suite 650
St. Louis, Missouri 63101
(314) 880-7000
*Attorneys for Plaintiff Matt A. Gomric*

## PROOF OF SERVICE

STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA

1.   At the time of service I was at least 18 years of age and **not a party to this legal action.**

2.   My name is Barbara Terra and my business address is Seeger Weiss LLP 1515 Market Street, Suite 1380, Philadelphia, Pennsylvania 19102.

3.   I served copies of the following documents (specify the exact title of each document served): NOTICE OF DISMISSAL

4.   I served the documents listed above in item 3 on the following persons at the addresses listed:

   Robyn Eileen Bladow
   rbladow@kirkland.com
   David I Horowitz
   dhorowitz@kirkland.com
   Melissa D Ingalls
   mingalls@kirkland.com
   Kirkland & Ellis LLP
   777 S Figueroa St, Ste 3700
   Los Angeles, CA 90017
   213 680 8400 Tel

5. [X] BY ELECTRONIC TRANSMISSION: On the date set forth below I transmitted the document(s) listed above to the above email address(es) before 5:00 p.m.

6. [X] BY First Class Mail: On the date set forth below, I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Philadelphia County, Pennsylvania. The envelopes were deposited with postage thereon fully prepaid.

7. [ ] BY FED-EX OVERNIGHT DELIVERY: On the date set forth below, I deposited such envelope(s) at an established FED-EX shipping location, with overnight shipping costs fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed at Philadelphia County, Pennsylvania, on April 1, 2008.

*Barbara Terra* (signature)

Barbara Terra